IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FRANCES A. THOMASSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-04-550-P |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER and OPINION

This matter comes before the Court pursuant to the Report and Recommendation filed by Magistrate Judge Steven P. Shreder on March 8, 2006 (docket number 13). The Claimant, Frances A. Thomasson, filed her request for judicial review with this Court on December 15, 2004, asserting that the Administrative Law Judge (ALJ) incorrectly determined that she was not disabled, and the Commissioner of the Social Security Administration (Commissioner), in reliance on the ALJ's decsion, erred in denying her benefits. After considering briefs from both the Claimant and the Commissioner, the Magistrate issued his Report and Recommendation, wherein he recommended that this Court REVERSE and REMAND the Commissioner's decision. No objections were filed, and appellate review of the judgment based on these finding is therefore precluded.

After reviewing the Report and Recommendation, and noting the absence of any objections, the Court ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation as the ruling of this Court.

1

IT IS SO ORDERED this 27th day of March 2006.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma